IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CASE NO.: 24-1813

---

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

MICHAEL EISENGA

    Defendant-Appellant.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN, CASE NO. 2020-CR-137,
THE HONORABLE MAGISTRATE JUDGE WILLIAM M. CONLEY, PRESIDING

---

**NOTICE TO WITHDRAW ATTORNEY DOMONIC A. BURKE
AS COUNSEL OF RECORD**

---

PLEASE TAKE NOTICE that Attorney Domonic A. Burke has left the law firm of Cramer Multhauf LLP. As such, undersigned counsel respectfully requests that Attorney Domonic A. Burke be withdrawn as counsel of record in this case and removed from the electronic filing notices.

Dated this 26th day of July, 2024.

        CRAMER MULTHAUF LLP

        */s/Electronically signed by Matthew M. Fernholz*
        Matthew M. Fernholz
        WI State Bar No. 1065765
        Attorneys for Defendant-Appellant, Michael Eisenga

P.O. Address:
1601 E. Racine Ave., Ste. 200
P.O. Box 558
Waukesha, WI 53187
262-542-4278
mmf@cmlawgroup.com